No. 73–1025. POINT EAST ONE CONDOMINIUM CORP., INC., ET AL. v. POINT EAST MANAGEMENT CORP. ET AL. Sup. Ct. Fla. Certiorari denied. ▮

No. 73–1028. SKENDZEL ET AL. v. MARSHALL ET AL. Sup. Ct. Ind. Certiorari denied. ▮

No. 73–1037. PACIFIC INDEMNITY CO. v. ACEL DELIVERY SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 73–1042. LAMBERT v. CLARK ET AL. C. A. 1st Cir. Certiorari denied.

No. 73–1048. ROGERS v. BURTON ET AL. Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Certiorari denied. ▮

No. 73–1059. HAMILTON MANUFACTURING CO. v. METAL BUILDINGS INSULATION, INC., ET AL. Ct. App. Wash. Certiorari denied. ▮

No. 73–5272. JONES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–5292. TATE v. FAUVER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 73–5444. BOISSEAU v. SCHLESINGER, SECRETARY OF DEFENSE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–5450. CUTTER ET AL. v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. ▮

No. 73–5483. GOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮